IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HARRINGTON, | : |
| | : Case No. 2:17-cv-736 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : |
| DELTA CAREER EDUCATION | : Magistrate Judge Jolson |
| CORPORATION, *ET AL.*, | : |
| | : |
| Defendant. | : |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Damages. (ECF No. 53). This Court previously awarded Plaintiff $11,739 in attorney's fees and scheduled a hearing for Plaintiff to submit evidence for this Court to consider on the remaining claims for equitable and compensatory damages. (ECF No. 54). At the evidentiary hearing, Plaintiff submitted an affidavit detailing support for damages including front pay, back pay and loss of benefits totaling $220,458.33. (ECF No. 54). Additionally, Plaintiff requested $876.82 for costs supported by an earlier affidavit. (ECF No. 53-1). Because Plaintiff's submissions meet the requirements of the Sixth Circuit, set forth in this Court's earlier Order, this Court hereby **GRANTS** Plaintiff's Motion. Plaintiff shall be awarded damages in the amount of $220,458.33 and costs in the amount of $876.82, for a total judgment of $221,335.15. This case is CLOSED.

**IT IS SO ORDERED.**

                                                                      s/ Algenon L. Marbley
                                                                      **ALGENON L. MARBLEY**
                                                                      **UNITED STATES DISTRICT JUDGE**

**DATED: July 12, 2019**